IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BEN JOHNSON, Lolo National Forest Supervisor, UNITED STATES FOREST SERVICE, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>　　　　Defendants,<br><br>　and<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit,<br><br>　　　　Defendant-Intervenors. | CV 25–136–M–DLC<br><br><br>ORDER |

　　Before the Court is Defendant-Intervenor's motion for the admission of attorney Greg Hibbard, *pro hac vice*, in the above-captioned matter. (Doc. 22.) It appears that Tyson A. Mclean of Kris A. Mclean Law Firm, PLLC, will serve as local counsel in this matter. (*Id.* at 2.) Mr. Hibbard's application (Doc. 22-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 22) is GRANTED on the condition that Mr. Hibbard does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Hibbard shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Hibbard files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 3rd day of December, 2025.

_____
Dana L. Christensen, District Judge
United States District Court