IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, | CV 25–136–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| BEN JOHNSON, *et al.*, | |
| Defendants, | |
| and | |
| AMERICAN FOREST RESOURCE COUNCIL, | |
| Defendant-Intervenor. | |

Before the Court is Defendant-Intervenor's motion for the admission of attorney Sara Ghafouri, *pro hac vice*, in the above-captioned matter. (Doc. 48.) It appears that Jordan Pallesi of Kris A. Mclean Law Firm will serve as local counsel in this matter. (*Id.* at 3.) Ms. Ghafouri's application (Doc. 48-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 48) is GRANTED on the condition that Ms. Ghafouri does her own work. This means that she must: (1)

1

do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Ghafouri shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Ghafouri files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 31st day of March, 2026.

Dana L. Christensen, District Judge
United States District Court