IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>    Plaintiff,<br><br>v.<br><br>JOHNSON, et al.,<br><br>    Defendants,<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>    Defendant-<br>Intervenor. | CV 25–136–M–DLC<br><br><br>ORDER |

Plaintiff Alliance for the Wild Rockies has filed a Motion to Compel Rule 30(b)(6) Designations and Depositions. (Doc. 57.) Plaintiff seeks an expedited order requiring the United States Forest Service and United States Fish and Wildlife Service to designate prepared witnesses and appear for Rule 30(b)(6) depositions or, in the alterative, to seek clarification on the Court's May 6, 2026, Order with respect to depositions and a corresponding extension of the discovery and summary-judgment deadlines. (Doc. 58 at 2.) Pursuant to the current scheduling order, discovery closes on August 3, 2026, and Plaintiff's motion for

summary judgment is due August 10, 2026. (Docs. 41, 54.)

Accordingly, IT IS ORDERED that deadlines related to discovery and to Plaintiff's motion for summary judgment are VACATED to allow time for the current Motion to be fully briefed and decided by the Court. These deadlines shall be reset following the Court's ruling on the Motion to Compel.

DATED this 21st day of July, 2026.

Dana L. Christensen, District Judge
United States District Court